**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | File No. 2:08-cr-22 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Kenneth McCloud, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER DENYING MOTION TO AMEND
ORDER SETTING CONDITIONS OF RELEASE**

For the reasons stated at the April 24, 2008 hearing, Defendant's Motion to Amend

Conditions of Release is denied.

Dated this 5th day of May, 2008.

/s/ Alice R. Senechal
Alice R. Senechal
United States Magistrate Judge